IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:15cr52-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER CORRECTING |
| v. | ) | CLERICAL ERROR |
| | ) | |
| WYATT A. DAVIS, JR. | ) | |

Upon the Government's Motion to Correct Clerical Error and for the reasons set forth in the Motion, it is hereby ORDERED that the Consent Order and Judgment of Forfeiture (Doc. 26) is amended to forfeit the following vehicle:

**One 2011 Honda Accord, VIN 5KBCP3F8XBB003517**

All other terms of the Consent Order remain the same.

SO ORDERED.

Signed: March 26, 2019

Max O. Cogburn Jr.
United States District Judge